**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO.:  23-12373 |
| | : | CHAPTER: 13 |
| **CHARLES EDWARD WILLIAMS** | : | |
| Debtor | : | |
| | : | |
| | : | |

**NOTICES OF APPEARANCE AND REQUEST**
**FOR SERVICE OF ALL NOTICES**

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Indenture Trustee of CIM Trust 2023-R3 (hereinafter referred to as "Creditor") hereby enters its appearance and the law firm of McCalla Raymer Leibert Pierce, LLC, pursuant to Bankruptcy Rules 2002 and 9010, hereby enters their appearance as attorneys for Creditor with regard to all matters and proceedings, pleadings and complaints and adversary proceedings filed in connection with the above-referenced case, showing counsel's name, office address and telephone number as follows:

Karen A. Maxcy
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Rd
Roswell, GA 30076
678-321-6965
Karen.Maxcy@mccalla.com

and hereby requests that the Clerk of Court add the Law Firm to the mailing matrix for said Creditor.

NOA

PLEASE TAKE FURTHER NOTICE that this request is made without submitting to the jurisdiction of the Court, without waiving service of process or otherwise waiving and rights.

Respectfully submitted,

McCalla Raymer Leibert Pierce, LLC

By: <u>Karen A. Maxcy</u>
MS State Bar No. 8869
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Rd
Roswell, GA 30076
678-321-6965
Karen.Maxcy@mccalla.com
Attorney for Creditor

NOA

# **CERTIFICATE OF SERVICE**

      I, Karen A. Maxcy, of MCCALLA RAYMER LEIBERT PIERCE, LLC certify that I caused a copy of the Notice of Appearance to be served by depositing a copy of same in the United Sates Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Charles Edward Williams
1312 Country Church Rd
Lamar, MS 38642

Robert Hudson Lomenick,                                                  *(served via ECF Notification)*
P.O. Box 417
Holly Springs, MS 38635

Locke D. Barkley, Trustee                                                *(served via ECF Notification)*
6360 I-55 North
Suite 140
Jackson, MS 39211

United States Trustee                                                    *(served via ECF Notification)*
501 E. Court Street
Suite 6-430
Jackson, MS 39201

This 18th day of August, 2023

*/s/ Karen A. Maxcy*
Karen A. Maxcy
MS BAR NO. 8869
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Rd
Roswell, GA 30076
678-321-6965
Karen.Maxcy@mccalla.com
Attorney for Creditor